IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT JAMES POOLEY,
    Petitioner,

vs.                                     Case No.: 3:05cv77/RV/EMT

JAMES v. CROSBY, JR.,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 4, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 11) is **GRANTED**, and the petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

3. Alternatively, the habeas petition is **DENIED** on the merits.

**DONE AND ORDERED** this 7th day of November, 2005.

                                                /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **UNITED STATES SENIOR JUDGE**